| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Carnes, Julie E. | 2. Court or Organization Eleventh Circuit Court of Appeals | 3. Date of Report 4/6/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

56 Forsyth Street, N.W.
Suite 360
Atlanta, Georgia 30303

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2016 | Spouse - self-employed; partner in law firm |
| 2. 2016 | Spouse - part-time employee; University System of Georgia |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Associated Credit Union cash acc't | A | Interest | M | T | | | | | |
| 2. | SunTrust Bank cash acc't | A | Interest | N | T | | | | | |
| 3. | Trust #1 | | | | | | | | | |
| 4. | - Suntrust Bank cash acc't | A | Interest | J | T | | | | | |
| 5. | - Northwestern Mutual whole life insurance | B | Dividend | K | T | | | | | |
| 6. | Wells Fargo Bank cash acc't | A | Interest | M | T | | | | | |
| 7. | Capital One 360 cash acc't | B | Interest | M | T | | | | | |
| 8. | Prudential Life Insurance Company Annuity | A | Dividend | O | T | | | | | |
| 9. | Athens GA Hsg Auth Rev UGARFDG East Campus 12/1/24 | C | Interest | L | T | | | | | |
| 10. | ATLANTA GA WTR & WASTEWTR REV RF NOV01 2022 | B | Interest | L | T | | | | | |
| 11. | ATLANTA GA WTR & WASTEWTR REV RF NOV01 2033 | B | Interest | L | T | | | | | |
| 12. | Cobb Cnty GA Dev Auth Rev Ser A CIFG due 7/15/17 | B | Interest | | | Redeemed | 07/15/16 | L | A | |
| 13. | COLUMBIA CNTY GA SCH DIST SCH GTD APR01 2022 | B | Interest | L | T | | | | | |
| 14. | CONNECTICUT ST HEALTH & EDL FACS AUTH REV SER M APR16 05.000%JUL012026 | A | Interest | M | T | Buy | 04/28/16 | M | | |
| 15. | Fayette Co. GA Sch DT Maty: 03/01/2017 | B | Interest | | | Redeemed | 03/01/16 | K | A | |
| 16. | Fulton Cnty GA Dev Auth Rev Catholic B 11/15/2023 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. GEORGIA ST SER A JAN01 2023 | B | Interest | M | T | | | | | |
| 18. GEORGIA ST HIGHER ED FACS AUTH REV USG RF JUN15 2021 | B | Interest | L | T | | | | | |
| 19. GWINNETT CNTY GA SCH DIST RF FEB01 2024 | C | Interest | L | T | | | | | |
| 20. HENRY CNTY GA SALES TAX MAY01 2020 | C | Interest | L | T | | | | | |
| 21. JEA FLA ELEC SYS REV SUB-SER SER B B RF Maty: 10/1/22 | D | Interest | M | T | | | | | |
| 22. Kentucky ST PPTY & BLDGS Nov 01/18 | D | Interest | M | T | | | | | |
| 23. METRO ATLANTA RTA GA SLS TAXRV RF NPFG JUL01 2023 | D | Interest | M | T | | | | | |
| 24. SALT LAKE CNTY UTAH CROSSOVER RF OCT16 05.000%DEC15 2024 | A | Interest | L | T | Buy | 09/09/16 | L | | |
| 25. SANDY SPRINGS GA PUB FACS AUTH REV CITY CTR MAY01 2025 | D | Interest | M | T | | | | | |
| 26. Tampa FLA Health Sys Rev Baycare Health RF 11/15/2023 | B | Interest | L | T | | | | | |
| 27. Phoenix AZ Ser A 7/01/21 | C | Interest | M | T | | | | | |
| 28. Maine Mun Bd Bk Lt Ser C Nov 01/17 | D | Interest | M | T | | | | | |
| 29. WALTON CNTY GA WTR & SEW AUTH REV SER A RF MAR16 05.000%FEB01 2027 | A | Interest | L | T | Buy | 03/02/16 | L | | |
| 30. Washington Cnty Ore. CLEAN WTR SVCS SEW REV A Maty: 10/1/19 | D | Interest | M | T | | | | | |
| 31. BIF MONEY FUND | A | Interest | K | T | | | | | |
| 32. Schwab Money Market Fund cash acc't | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. Merrill Lynch Bank cash acc't | A | Interest | M | T | | | | | |
| 34. AMERICAN CAPITAL INCOME BUILDER FD CL F2 (CAIFX) | D | Dividend | M | T | | | | | |
| 35. AMERICAN BOND FD OF AMERICA CL F2 (ABNFX) | C | Dividend | M | T | | | | | |
| 36. AMERICAN FUNDS INCOME FUND OF AMERICA CL F2 (AMEFX) | C | Dividend | M | T | | | | | |
| 37. BANK OF AMERICA, NA RASP (IIAXX) | A | Interest | K | T | | | | | |
| 38. Blackrock Global Allocation FD INC INSTL (MALOX) | A | Dividend | | | Sold | 08/16/16 | M | A | |
| 39. Blackrock Multi Asset INCOME PORTFOLIO INSTL (BIICX) | D | Dividend | M | T | | | | | |
| 40. BLACKROCK STRATEGIC INCOME OPPRTNTS PTF (BSIIX) | C | Dividend | L | T | | | | | |
| 41. CHARTWELL SMALL CAP VALUE FUND CLASS I (CWSIX) | A | Dividend | | | Sold | 06/23/16 | M | B | |
| 42. DAVIS FINANCIAL FUND CL Y (DVFYX) | B | Dividend | M | T | Buy | 04/22/16 | M | | |
| 43. EATON VANCE RCHRD BRSTN EQUITY STRATGY FD (ERBIX) | B | Dividend | | | Sold | 06/23/16 | L | B | |
| 44. EATON VANCE SHT DURATION STRATEGIC INCOME FD CL I (ESIIX) | B | Dividend | | | Sold | 03/21/16 | K | A | |
| 45. FIDELITY ADVISOR REAL ESTATE INCOME FUND CL I (FRIRX) | C | Dividend | | | Sold | 12/09/16 | M | C | |
| 46. HENDERSON GLOBAL EQUITY INCOME FD CLASS I (HFQIX) | B | Dividend | | | Sold | 06/16/16 | L | A | |
| 47. ISHARES IBOXX $ INVT GRADE CORP BOND (LQD) | C | Dividend | M | T | Sold (part) | 08/30/16 | J | A | |
| 48. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 49. ISHARES CORE HIGH DIVIDEND ETF (HDV) | A | Dividend | M | T | Buy | 12/13/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. Ishares Select Divid Index FD (DVY) | C | Dividend | M | T | | | | | |
| 51. ISHARES S&P 100 (OEF) | B | Dividend | M | T | | | | | |
| 52. ISHARES TRUST SHS ISHARE EAFE MINIMUM VOL (EFAV) | D | Dividend | M | T | Buy (add'l) | 04/05/16 | J | | |
| 53. | | | | | Buy (add'l) | 06/08/16 | K | | |
| 54. LORD ABBETT BOND DEBENTURE FD CL F (LBDFX) | D | Dividend | M | T | | | | | |
| 55. JP MORGAN GLOBAL BOND OPPORTUNITIES FUND (GBOSX) | C | Dividend | M | T | Buy | 03/21/16 | K | | |
| 56. | | | | | Buy (add'l) | 06/13/16 | L | | |
| 57. PIMCO INVESTMENT GRADE CORPORATE BOND FD CL P (PBDPX) | B | Dividend | M | T | Buy | 08/16/16 | M | | |
| 58. PIMCO INCOME FUND CL P (PONPX) | C | Dividend | M | T | Buy | 04/14/16 | K | | |
| 59. | | | | | Buy (add'l) | 07/13/16 | M | | |
| 60. PIMCO FOREIGN BOND FD (USD HEDGED) CL P (PFBPX) | A | Dividend | L | T | | | | | |
| 61. THORNBURG INVSMT INCOME BUILDER FUND CL I (TIBIX) | C | Dividend | | | Sold | 06/13/16 | M | B | |
| 62. VANGUARD VALUE ETF (VTV) | D | Dividend | N | T | Buy (add'l) | 06/08/16 | K | | |
| 63. | | | | | Buy (add'l) | 06/15/16 | K | | |
| 64. | | | | | Buy (add'l) | 06/27/16 | L | | |
| 65. JP Morgan Income Builder Fund CL Select (JNBSX) | C | Dividend | M | T | | | | | |
| 66. Thornburg Limited Term Municipal Fund CL I (LTMIX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. Blackrock Eqty Dividend Fund Instl (MADVX) | D | Dividend | M | T | | | | | |
| 68. Franklin Rising Dividends FD (FRDAX) | C | Dividend | L | T | | | | | |
| 69. Franklin Income FD ADV Class (FRIAX) | B | Dividend | | | Sold | 04/22/16 | L | A | |
| 70. SPDR INDEX SHS FDS (FEZ) | B | Dividend | | | Sold | 07/11/16 | L | A | |
| 71. AMERICAN CENTURY MID CAP VALUE FD INV CL (ACMVX) | B | Dividend | K | T | | | | | |
| 72. American Century Inflation ADJ BD INV (ACITX) | A | Dividend | K | T | | | | | |
| 73. BAIRD AGGREGATE BOND INST (BAGIX) | B | Dividend | L | T | | | | | |
| 74. BARON EMRG MKTS FD RETAIL (BEXFX) | A | Dividend | K | T | | | | | |
| 75. BARON SMALL CAP FUND (BSCFX) | D | Dividend | L | T | | | | | |
| 76. BROWN ADVISORY GROWTH EQUITY INST (BIAGX) | D | Dividend | M | T | | | | | |
| 77. COLUMBIA CONTRARIAN CORE FD CL Z (SMGSZ) | B | Dividend | L | T | | | | | |
| 78. FEDERATED SHORT INTERMEDIATE DURATION MUNI TR INST (FSHIX) | B | Dividend | M | T | Sold (part) | 10/27/16 | L | B | |
| 79. FMI INTL FD (FMIJX) | C | Dividend | L | T | Buy (add'l) | 02/12/16 | K | | |
| 80. FEDERATED TOTAL RETURN BOND FD INST CL (FTRBX) | B | Dividend | L | T | | | | | |
| 81. FIDELITY CONTRA FUND (FCNTX) | D | Dividend | M | T | | | | | |
| 82. FRANKLIN GROWTH FUND ADV CL (FCGAX) | C | Dividend | L | T | | | | | |
| 83. GLOBAL X ETF NEXT EMERGING & FRONTIER (EMFM) | A | Dividend | | | Sold | 02/24/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. GUGGENHEIM BULTSH 2020 CORP BOND ETF (BSCK) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 85. HARBOR INTERNATIONAL FUND INST CL (HAINX) | B | Dividend | L | T | | | | | |
| 86. ISHARES TRUST JP MORGAN USD EMERGING MARKETS ETF (EMB) | A | Dividend | K | T | Buy (add'l) | 06/02/16 | J | | |
| 87. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 88. ISHARES 20+ TREASURY BOND ETF (TLT) | A | Dividend | J | T | | | | | |
| 89. ISHARES CHINA LARGE CAP ETF (FXI) | A | Dividend | | | Sold | 02/04/16 | J | A | |
| 90. ISHARES COMMODITIES SELECT STRATEGY ETF (COMT) | A | Dividend | | | Buy (add'l) | 02/24/16 | J | | |
| 91. | | | | | Sold | 11/16/16 | J | A | |
| 92. ISHARES CURRENCY HEDGED MSCI GERMANY ETF (HEWG) | A | Dividend | | | Sold | 02/04/16 | J | A | |
| 93. ISHARES MSCI JAPAN ETF (EWJ) | A | Dividend | | | Sold | 06/30/16 | J | A | |
| 94. ISHARES MSCI EAFE SMALL CAP ETF (SCZ) | B | Dividend | L | T | Buy (add'l) | 10/27/16 | K | | |
| 95. ISHARES S&P U S PFD FUND S&P U S PFD STK INDEX FD (PFF) | B | Dividend | K | T | | | | | |
| 96. ISHARES Core Total U.S. Bond Mkt ETF(AGG) | B | Dividend | L | T | | | | | |
| 97. ISHARES TR BOND 1-3 YEAR CREDIT BOND ETF (CSJ) | A | Dividend | L | T | | | | | |
| 98. ISHARES GOLD TRUST (IAU) | A | Dividend | K | T | Buy (add'l) | 04/29/16 | J | | |
| 99. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 100. | | | | | Sold (part) | 11/08/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. | | | | | Sold (part) | 11/16/16 | J | A | |
| 102. ISHARES MSCI HONG KONG INDEX FUND (EWH) | A | Dividend | J | T | Sold (part) | 02/04/16 | J | A | |
| 103. | | | | | Buy (add'l) | 08/30/16 | J | | |
| 104. ISHARES TR BARCLAYS 7-10 YR TREAS.BOND FD (IEF) | A | Dividend | K | T | Sold (part) | 06/02/16 | J | A | |
| 105. | | | | | Sold (part) | 11/16/16 | J | A | |
| 106. ISHARES (TR BARCLAYS) TIPS BOND FUND (TIP) | A | Dividend | K | T | Buy (add'l) | 02/11/16 | J | | |
| 107. ISHARES IBOXX HIGH YIELDBOND ETF (HYG) | A | Dividend | K | T | Buy | 08/30/16 | J | | |
| 108. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 109. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 110. ISHARES CORE MSCI EAFE ETF (IEFA) | A | Dividend | K | T | Buy | 10/27/16 | K | | |
| 111. ISHARES 3-7 YEAR TREASURY BOND ETF (IEI) | A | Dividend | | | Buy | 02/04/16 | J | | |
| 112. | | | | | Sold | 04/05/16 | J | A | |
| 113. ISHARES CORE MSCI EMERGING ETF (IEMG) | A | Dividend | K | T | Buy | 10/27/16 | K | | |
| 114. ISHARES TR RUSSELL 2000 RUSSELL 2000 INDEX FUND (IWM) | A | Dividend | K | T | Buy (add'l) | 11/16/16 | J | | |
| 115. LORD ABBETT SHORT DUR INCOME FD CL A (LALDX) | C | Dividend | M | T | | | | | |
| 116. METROPOLITAN WEST TOTAL RETURN BOND M (MWTRX) | B | Dividend | L | T | | | | | |
| 117. OAKMARK INT'L FUND (OAKIX) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. OPPENHEIMER INTL SMALL COMPANY FD CL A (OSMAX) | A | Dividend | K | T | | | | | |
| 119. OPPENHEIMER DEVELOPING MKTS FD CL Y (ODVYX) | A | Dividend | M | T | | | | | |
| 120. PIMCO ETF 0-5 YR HIGH YIELD CORP (HYS) | A | Dividend | | | Sold | 12/20/16 | J | A | |
| 121. PIMCO ENHANCED SHORT MATURITY ACTIVE ETF (MINT) | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 122. PIMCO FOREIGN BOND FUND CLASS D (PFODX) | A | Dividend | K | T | | | | | |
| 123. POWERSHARES S&P ETF 500 LOW VOLATILITY (SPLV) | D | Dividend | N | T | | | | | |
| 124. POWERSHS QQQ TRUST SER 1 (QQQ) | A | Dividend | J | T | Sold (part) | 02/11/16 | J | C | |
| 125. | | | | | Sold (part) | 06/30/16 | J | C | |
| 126. SCHWAB FUNDAMENTAL INTL LARGE COMPANY ETF (FNDF) | A | Dividend | K | T | | | | | |
| 127. SCHWAB FUNDAMENTAL INTL SMALL COMPANY ETF (FNDC) | A | Dividend | J | T | | | | | |
| 128. SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 129. SCHWAB US LARGE CAP GROWTH ETF (SCHG) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 130. SENTINEL SMALL COMPANY 1 (SIGWX) | C | Dividend | K | T | | | | | |
| 131. SPDR BARCLAYS CAP ETF SHORT TERM CORPORATE (SCPB) | A | Dividend | | | Sold (part) | 04/29/16 | J | A | |
| 132. | | | | | Sold | 11/08/16 | K | A | |
| 133. SPDR BLOOMBERG BARCLAYS SHORT TERM HIGH ETF (SJNK) | B | Dividend | K | T | | | | | |
| 134. S P D R S&P 500 ETF (SPY) | A | Dividend | J | T | | | | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. SPDR S&P Dividend ETF (SDY) | C | Dividend | L | T | Sold (part) | 10/27/16 | L | E | |
| 136. Parnassus Core Equity Income Fund Investor SH (PRBLX) | C | Dividend | L | T | | | | | |
| 137. Schwab S&P 500 Index FD (SWPPX) | C | Dividend | M | T | | | | | |
| 138. Vanguard Growth ETF (VUG) | D | Dividend | O | T | Buy (add'l) | 06/15/16 | K | | |
| 139. | | | | | Buy (add'l) | 06/27/16 | L | | |
| 140. TCW TOTAL RETURN BOND FUND I CLASS (TGLMX) | C | Dividend | M | T | | | | | |
| 141. USAA TAX EXEMPT INTERM TERM FUND (USATX) | A | Dividend | M | T | Buy | 06/10/16 | K | | |
| 142. | | | | | Buy | 10/27/16 | L | | |
| 143. VANGUARD EQUITY INCOME FD ADMIRAL SHS (VEIRX) | A | Dividend | K | T | | | | | |
| 144. VANGUARD ITC DV ETF (VCIT) | A | Dividend | J | T | | | | | |
| 145. VANGUARD INTL EQTY ETF GLOBAL EX-US REAL ESTATE (VNQI) | C | Dividend | L | T | Buy (add'l) | 02/12/16 | J | | |
| 146. | | | | | Buy (add'l) | 04/05/16 | J | | |
| 147. | | | | | Sold (part) | 11/16/16 | J | A | |
| 148. VANGUARD REIT (VNQ) | C | Dividend | L | T | Buy (add'l) | 02/12/16 | J | | |
| 149. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 150. | | | | | Sold (part) | 11/16/16 | J | A | |
| 151. VANGUARD SMALL CAP VALUE (VBR) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. VANGUARD WHITEHALL FUNDS HIGH DIVIDEND YIELD (VYM) | B | Dividend | L | T | | | | | |
| 153. VANGUARD BOND INDEX FUNDTOTAL BOND MARKET ETF (BND) | A | Dividend | K | T | Sold (part) | 08/01/16 | J | A | |
| 154. | | | | | Sold (part) | 08/30/16 | J | A | |
| 155. VANGUARD DIVIDEND APPRECIATION ETF (VIG) | A | Dividend | K | T | Buy (add'l) | 02/04/16 | J | | |
| 156. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 157. | | | | | Sold (part) | 11/08/16 | J | A | |
| 158. VANGUARD MSCI FTSE Developed Markets ETF (VEA) | A | Dividend | K | T | Buy (add'l) | 11/16/16 | J | | |
| 159. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | K | T | Buy (add'l) | 02/24/16 | J | | |
| 160. | | | | | Buy (add'l) | 11/08/16 | K | | |
| 161. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 162. VANGUARD TOTAL STOCK MKT (VTI) | A | Dividend | K | T | Buy (add'l) | 11/16/16 | K | | |
| 163. VANGUARD RUSSELL 2000 ETF IV (VTWO) | A | Dividend | L | T | Buy | 02/12/16 | K | | |
| 164. WESTERN ASSET CORE PLUS BD FD I (WACPX) | D | Dividend | M | T | | | | | |
| 165. WISDOMTREE DIVIDEND EX FINANCIALS FUND (DTN) | B | Dividend | K | T | | | | | |
| 166. WISDOMTREE JAPAN HEDGED EQUITY FUND (DXJ) | A | Dividend | | | Sold | 06/02/16 | J | A | |
| 167. ABBVIE INC 2%18 DUE 11/06/18 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. AMAZON COM INC 2.6%19 DUE 12/05/19 | A | Interest | K | T | | | | | |
| 169. GOLDMAN SACHS BK US 2%20 CD DUE 4/22/20 | A | Interest | K | T | | | | | |
| 170. SIMON PPTY GRP 4.125%21 DUE 12/01/21 | B | Interest | K | T | | | | | |
| 171. LOEWS CORP 5.25%16 NOTES DUE 03/15/16 | A | Interest | | | Redeemed | 03/15/16 | K | A | |
| 172. STATE BK INDIA CD DUE 06/22/17 | B | Interest | L | T | | | | | |
| 173. CHARLESTON CO SC EDL EXCE 5%23REV DUE 12/01/23 | B | Interest | K | T | | | | | |
| 174. DALLAS FORT WORTH REV DUE 11/01/22 | A | Interest | K | T | | | | | |
| 175. FORSYTH CNTY GA SD 5%20GO UTX DUE 02/01/20 | A | Interest | L | T | Buy | 06/10/16 | K | | |
| 176. GEORGIA ST 5%20GO LTX DUE 09/01/20 | A | Interest | L | T | Buy | 06/10/16 | K | | |
| 177. HOUSTON TEX INDPT 5%23GO LTX DUE 02/15/23 | B | Interest | K | T | | | | | |
| 178. JEA FLA Wtr & Swr 5% 21 REV DUE 10/01/21 | A | Interest | K | T | | | | | |
| 179. LOS ANGELES CALIF GO U/LTX DUE 07/01/17 | A | Interest | K | T | | | | | |
| 180. MA ST WTR POLL ABAT 5%25AUTH POOL DUE 08/01/25 | A | Interest | L | T | Buy | 07/18/16 | L | | |
| 181. MET T AUTH NY REV 5%26 TRAN COMB DUE 11/15/26 | B | Interest | K | T | | | | | |
| 182. Minnesota PUB FACS 5% 20 REV DUE 03/01/20 | A | Interest | K | T | | | | | |
| 183. Minnesota ST 4% 18GO UTX DUE 08/01/18 | A | Interest | K | T | | | | | |
| 184. NC ST LTD OBG REV 5% 5/1/2025 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. New Jersey Turnpike NJ REV 5% 1/1/25 | B | Interest | K | T | | | | | |
| 186. NEW YORK N Y CITY 5%17REV DUE 06/15/17 | A | Interest | K | T | | | | | |
| 187. PENNSYLVANIA ST 5%20GO UTX DUE 07/01/20 | B | Interest | K | T | | | | | |
| 188. SAN FRANCISCO CALIF REV DUE 05/01/21 | A | Interest | | | Redeemed | 05/02/16 | K | A | |
| 189. SAN FRANCISCO CALIF GO U/LTX SCH IMPT DUE 06/15/24 | A | Interest | K | T | | | | | |
| 190. Texas ST 5% 19GO DUE 10/01/19 | A | Interest | K | T | | | | | |
| 191. Univ Cincinnati OH REV 5% 6/1/23 | B | Interest | L | T | | | | | |
| 192. VIRGINIA ST PUB SCH 5%17GO DUE 08/01/17 | A | Interest | K | T | | | | | |
| 193. Washington St 5.0% 16 EXIT DB DUE 07/01/16 | A | Interest | | | Redeemed | 07/01/16 | K | A | |
| 194. WASHINGTON ST FOR 5%19GO UTX DUE 07/01/19 | A | Interest | | | Redeemed | 07/01/16 | K | A | |
| 195. WISCONSIN ST TRANSN 5%24REV DUE 07/01/24 | B | Interest | K | T | | | | | |
| 196. SCH MUNI MONEY FUND SWEEP SHARES (SWXXX) | A | Dividend | J | T | Buy | 07/05/16 | J | | |
| 197. King & Spalding LLP Cash Balance Plan | A | Dividend | K | T | | | | | |
| 198. Allianz GI FIXED INCOME SHARES SERIES C (FXICX) | C | Dividend | L | T | Buy (add'l) | 01/07/16 | J | | |
| 199. | | | | | Buy (add'l) | 01/21/16 | J | | |
| 200. | | | | | Buy (add'l) | 02/12/16 | J | | |
| 201. | | | | | Buy (add'l) | 08/05/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 202. | | | | | Sold (part) | 12/19/16 | J | A | |
| 203. Allianz GI FIXED INCOME SHARES SERIES M (FXIMX) | D | Dividend | M | T | Buy (add'l) | 01/20/16 | J | | |
| 204. | | | | | Sold (part) | 05/24/16 | J | A | |
| 205. | | | | | Sold (part) | 07/11/16 | J | A | |
| 206. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 207. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 208. FHLMC Q02173 4.5% 41 DUE 07/01/41 | A | Interest | J | T | | | | | |
| 209. FHLMC G07961 3.5%45 DUE 03/01/45 | A | Interest | J | T | | | | | |
| 210. FHLMC G08623 3.5%45 DUE 01/01/45 | B | Interest | J | T | | | | | |
| 211. FHLMC G08659 3.5%45 DUE 08/01/45 | C | Interest | J | T | | | | | |
| 212. FHLMC G08669 4%45 DUE 09/01/45 | A | Interest | J | T | | | | | |
| 213. FHLMC C09071 4%45 DUE 02/01/45 | B | Interest | J | T | | | | | |
| 214. FHLMC V81760 4%45 DUE 05/01/45 | C | Interest | J | T | | | | | |
| 215. FHLMC G08682 4%45 DUE 12/01/45 | A | Interest | J | T | Buy | 10/14/16 | J | | |
| 216. FHLMC G08726 3%46 DUE 10/01/46 | A | Interest | J | T | Buy | 09/14/16 | J | | |
| 217. FHLMC Q25332 4.5%44 DUE 03/01/44 | A | Interest | J | T | Buy | 10/14/16 | J | | |
| 218. FANNIE MAE 1.875%26 DUE 09/24/26 | A | Interest | K | T | Buy | 12/19/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. FANNIE MAE 2.625%24 DUE 09/06/24 | A | Interest | J | T | Buy | 11/18/16 | J | | |
| 220. FNMA PL 190404 4.5% 40 DUE 05/01/40 | B | Interest | J | T | | | | | |
| 221. FNMA PL AH6231 4.5% 41 Due 3/01/41 | A | Interest | J | T | | | | | |
| 222. FNMA PL AV4892 4.5% 43 Due 12/01/43 | A | Interest | J | T | | | | | |
| 223. FNMA PL AV9316 4.5% 44 Due 3/01/44 | A | Interest | J | T | | | | | |
| 224. FNMA PL 310104 5.5%37 DUE 08/01/37 | A | Interest | J | T | | | | | |
| 225. FNMA PL 310151 5.5%34 DUE 11/01/34 | A | Interest | J | T | | | | | |
| 226. FNMA PL AL5213 4.5%44 DUE 04/01/44 | A | Interest | J | T | | | | | |
| 227. FNMA PL AL6745 4%44 DUE 08/01/44 | A | Interest | J | T | | | | | |
| 228. FNMA PL AS0907 3.5%28 DUE 11/01/28 | A | Interest | J | T | | | | | |
| 229. FNMA PL AS4168 4%44 DUE 12/01/44 | B | Interest | J | T | | | | | |
| 230. FNMA PL AS4783 3.5%45 DUE 04/01/45 | A | Interest | J | T | | | | | |
| 231. FNMA PL AS5629 3.5%45 DUE 08/01/45 | A | Interest | J | T | | | | | |
| 232. FNMA PL AS6520 3.5%46 DUE 01/01/46 | A | Interest | J | T | Buy | 10/18/16 | J | | |
| 233. FNMA PL AV6368 3.5%29 DUE 01/01/29 | A | Interest | J | T | | | | | |
| 234. FNMA PL AW3616 4%44 DUE 06/01/44 | A | Interest | J | T | Buy | 05/09/16 | J | | |
| 235. FNMA PL AW8992 4.5%44 DUE 07/01/44 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/6/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236. FNMA PL AX3008 4%44 DUE 10/01/44 | A | Interest | J | T | Buy | 09/16/16 | J | | |
| 237. FNMA PL AX3195 4%44 DUE 09/01/44 | A | Interest | J | T | | | | | |
| 238. FNMA PL AX7296 4.5%44 DUE 12/01/44 | A | Interest | J | T | | | | | |
| 239. FNMA PL AX7732 3.5%45 DUE 03/01/45 | A | Interest | J | T | | | | | |
| 240. FNMA PL AB3387 4%41 DUE 08/01/41 | A | Interest | J | T | | | | | |
| 241. US TREASURY NT 0.75% 10/17 DUE 10/31/17 (See Part VIII) | A | Interest | | | Sold | 09/13/16 | J | A | |
| 242. US TREASURY 2%11/21 BOND DUE 11/15/21 | A | Interest | K | T | Buy (add'l) | 10/14/16 | J | | |
| 243. US TREASURY 3.125%08/44 BOND DUE 08/15/44 | A | Interest | J | T | | | | | |
| 244. US TREASURY NT 1.375%09/23UST NOTE DUE 09/30/23 | A | Interest | | | Buy | 10/12/16 | J | | |
| 245. | | | | | Sold | 12/09/16 | J | A | |
| 246. US TREASURY NT 1.625%10/23UST NOTE DUE 10/31/23 | A | Interest | | | Buy | 11/22/16 | K | | |
| 247. | | | | | Sold | 12/09/16 | K | A | |
| 248. UST INFL IDX 0.125%07/22 DUE 07/15/22 | A | Interest | | | Sold | 10/12/16 | K | A | |
| 249. UST INFL IDX 2.5% 01/29 DUE 01/15/29 | A | Interest | K | T | | | | | |
| 250. UST INFL IDX 0.125%04/16INFL INDEX DUE 04/15/16 | A | Interest | | | Redeemed | 04/15/16 | J | A | |
| 251. UST INFL IDX 0.375%07/25INFL INDEX DUE 07/15/25 | A | Interest | | | Sold | 10/11/16 | K | A | |
| 252. Trust #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253.  - Wells Fargo cash acc't | A | Interest | M | T | | | | | |
| 254.  - Cornerstone Bank cash acc't | B | Interest | M | T | | | | | |
| 255.  - Coca-Cola common stock | B | Dividend | L | T | | | | | |
| 256.  - Fidelity Bank cash acc't | B | Interest | M | T | | | | | |
| 257.  - SunTrust Bank cash acc't | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Carnes, Julie E. | 4/6/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Line 241:  The 2015 FDR Part VII line 258 for US TREASURY NT 0.75%10/17UST NOTE DUE 10/31/17 inadvertently showed the entire asset was sold, when it was only partially sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julie E. Carnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544